**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LEE RAYNOR,

      Plaintiff,

      v.                                                                          Case No. 26-1235-JWB-BGS

NATIONAL BEEF PACKING PLANT,

      Defendant.

**MEMORANDUM AND ORDER GRANTING**
**MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES**

This matter comes before the Court on Plaintiff Lee Raynor's Motion to Proceed Without Prepayment of Fees (Doc. 3). For the reasons explained below, Plaintiff's in forma pauperis ("IFP") application is **GRANTED**.

Under 28 U.S.C. § 1915(a), a federal court may authorize commencement of a civil action "without prepayment of fees or security therefor, by a person who submits an affidavit that . . . the person is unable to pay such fees or give security therefor." To succeed on an IFP motion, "the movant must show a financial inability to pay the required filing fees." *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005). Proceeding IFP "in a civil case is a privilege, not a right – fundamental or otherwise." *White v. Colorado*, 157 F.3d 1226, 1233 (10th Cir. 1998). The decision to grant or deny IFP status under § 1915 lies within the district court's sound discretion. *Engberg v. Wyoming*, 265 F.3d 1109, 1122 (10th Cir. 2001).

Plaintiff reports that he is not currently employed, has a negative $45 cash and bank account balance, owns no real property, and owns a 2005 Lexus valued at $3,000. Doc. 3-1 at 2–4. Although Plaintiff entered National Beef's information in the portion of the affidavit requesting

1

information about current employment, the Complaint alleges that National Beef terminated him and states that he no longer works for Defendant.  Doc. 1 at 4, 9.  Read together, the filings reasonably indicate that the wage and insurance information describes Plaintiff's former employment.  Plaintiff has therefore demonstrated an inability to prepay the filing fee, and the Court grants his motion.

Because the Court is contemporaneously screening the Complaint under 28 U.S.C. § 1915(e)(2), the Clerk shall not issue summons or otherwise effect service of process pending further order of the Court.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 3) is **GRANTED**.  Plaintiff may proceed without prepayment of the filing fee.

**IT IS FURTHER ORDERED** that the Clerk shall not issue summons or otherwise effect service of process pending further order of the Court.

**IT IS SO ORDERED**.

Dated August 5, 2026, at Wichita, Kansas.

/s/ BROOKS SEVERSON
Brooks G. Severson
United States Magistrate Judge

2